**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUK JAE CHANG,  )  | |
| Plaintiff,  )  | C.A. No.11-cv-10245-DJC |
| v.  )  | |
| WOZO, LLC, *et al.*,  )  | |
| Defendants.  )  | |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT ADKNOWLEDGE, INC.**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Adknowledge, Inc. states that it has no corporate parent, and that there is no publicly held company that owns ten percent (10%) or more of its stock.

    **ADKNOWLEDGE, INC.**

    By its attorneys,

    /s/Steven W. Kasten
    Steven W. Kasten, BBO # 559576
    Noemi A. Kawamoto, BBO # 676870
    YURKO, SALVESEN & REMZ, P.C.
    One Washington Mall, 11th Floor
    Boston, MA 02108-2603
    Tel: (617) 723-6900
    Fax: (617) 723-6905
    skasten@bizlit.com
    nkawamoto@bizlit.com

Dated: March 10, 2011

**CERTIFICATE OF SERVICE**

    I, Steven W. Kasten, hereby certify that on this 10th day of March, a true opy of the foregoing Corporate Disclosure Statement was electronically served upon all counsel of record through *ECF*.

    /s/Steven W. Kasten