**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SUK JAE CHANG, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>WOZO, LLC, *et al.*, )<br>        Defendants. )<br>) | C.A. No.11-cv-10245-DJC |

### STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND FOR DEFENDANT ADKNOWLEDGE, INC.

Plaintiff Suk Jae Chang and Defendant Adknowledge, Inc. hereby stipulate that the time for Adknowledge to answer or otherwise respond to Plaintiff's Complaint be extended until and including March 30, 2011.

Dated: March 10, 2011

| **SUK JAE CHANG** | **ADKNOWLEDGE, INC.** |
|---|---|
| /s/Virginia Sanderson | /s/Steven W. Kasten |
| Virginia Sanderson (*pro hac vice*) | Steven W. Kasten, BBO # 559576 |
| KRONENBERGER BURGOYNE, LLP | Noemi A. Kawamoto, BBO # 676870 |
| 150 Post Street, Suite 520 | YURKO, SALVESEN & REMZ, P.C. |
| San Francisco, CA 94108 | One Washington Mall, 11th Floor |
| Tel:   (415) 955-1155 | Boston, MA 02108-2603 |
| Fax:  (415) 955-1158 | Tel:   (617) 723-6900 |
| ginny@KBInternetLaw.com | Fax:  (617) 723-6905 |
|  | skasten@bizlit.com |
|  | nkawamoto@bizlit.com |

### CERTIFICATE OF SERVICE

I, Steven W. Kasten, hereby certify that on this 10th day of March, a true copy of the foregoing Stipulation was electronically served upon all counsel of record through *ECF*.

                                                                      /s/Steven W. Kasten