UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SUK JAE CHANG, | ) ) | |
| Plaintiff, | ) | C.A. No.11-cv-10245-DJC |
| v. | ) ) | |
| WOZO, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### MOTION TO ADMIT DEREK A. NEWMAN, DEREK LINKE AND THE FIRM OF NEWMAN Du WORS, LLP *PRO HAC VICE*

I, Steven W. Kasten, pursuant to Local Rule 83.5.3 move that Derek A. Newman and Derek Linke, and the law firm of Newman DuWors, LLP be admitted as a member of the bar of this Court *pro hac vice* for the purpose of representing defendant Adknowledge, Inc. in this action. In support of this Motion, I attach hereto Certifications of Mr. Newman, a member of the California bar, and Mr. Link, a member of the Washington bar, in compliance with Local Rule 83.5.3 of his Court. Each attests (1) that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) that he is familiar with the Rules of this Court.

**ADKNOWLEDGE, INC.**

By its attorneys,

/s/Steven W. Kasten
Steven W. Kasten, BBO # 559576
Noemi A. Kawamoto, BBO # 676870
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
Tel:   (617) 723-6900
Fax:   (617) 723-6905
skasten@bizlit.com
nkawamoto@bizlit.com

Dated:  March 10, 2011

**CERTIFICATE OF SERVICE**

    I, Steven W. Kasten, hereby certify that on this 10th day of March, a true opy of the foregoing Motion to Admit *Pro Hac Vice* was electronically served upon all counsel of record through *ECF*.

                                      /s/Steven W. Kasten

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| SUK JAE CHANG, | ) | |
| Plaintiff, | ) | C.A. No.11-cv-10245-DJC |
| | ) | |
| v. | ) | |
| | ) | |
| WOZO, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF ATTORNEY DEREK LINKE**

I, Derek Linke, depose and hereby certify as follows:

1. I am a lawyer in the law firm of Newman Du Wors, LLP, practicing in Seattle, Washington. I am licensed to practice law in the State of Washington. I am a member in good standing of the bar of every jurisdiction and court where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction, and I have not been denied admission to the bar of any jurisdiction.

2. I have received a copy of, and am familiar with, the Local Rules of this Court. In order to ensure compliance with the Local Rules, I am working in cooperation with local counsel and under the supervision of Steven W. Kasten, a member of the bar of this Court.

3. This Certificate is made pursuant to Local Rule 83.5.3, in support of a Motion for Admission *Pro Hac Vice* filed so that I may appear and practice on behalf of Defendant Adknowledge, Inc. in this matter.

Signed under the penalties of perjury under the laws of the United States and the State of Washington this 9th day of March, 2011.

_____
Derek Linke

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUK JAE CHANG, | ) | |
| Plaintiff, | ) | C.A. No.11-cv-10245-DJC |
| | ) | |
| v. | ) | |
| | ) | |
| WOZO, LLC, *et al.*, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF ATTORNEY DEREK A. NEWMAN

I, Derek A. Newman, depose and hereby certify as follows:

1. I am a lawyer in the law firm of Newman Du Wors, LLP, practicing in Santa Monica, California. I am licensed to practice law in the State of California. I am a member in good standing of the bar of every jurisdiction and court where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction, and I have not been denied admission to the bar of any jurisdiction.

2. I have received a copy of, and am familiar with, the Local Rules of this Court. In order to ensure compliance with the Local Rules, I am working in cooperation with local counsel and under the supervision of Steven W. Kasten, a member of the bar of this Court.

3. This Certificate is made pursuant to Local Rule 83.5.3, in support of a Motion for Admission *Pro Hac Vice* filed so that I may appear and practice as lead counsel on behalf of Defendant Adknowledge, Inc. in this matter.

Signed under the penalties of perjury under the laws of the United States and the State of California this 9th day of March, 2011.

_____
Derek A. Newman