# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                )

SUK JAE CHANG,                )

             Plaintiff,     )    C.A. No.11-cv-10245-DJC

v.                          )

                                )

WOZO, LLC, *et al.*,        )

             Defendants.   )

_____)

## MOTION TO ADMIT MICHAEL R. GEROE *PRO HAC VICE*

      I, Steven W. Kasten, pursuant to Local Rule 83.5.3 move that Michael R. Geroe be admitted as a member of the bar of this Court *pro hac vice* for the purpose of representing defendant Adknowledge, Inc. in this action.  Mr. Geroe is the General Counsel of Adknowledge, Inc. and a member in good standing of the California bar.  In support of this Motion, I attach a Certification of Mr. Geroe in compliance with Local Rule 83.5.3 of his Court, attesting (1) that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) that he is familiar with the Rules of this Court.

                        **ADKNOWLEDGE, INC.**

                        By its attorneys,

                        /s/Steven W. Kasten_____
                        Steven W. Kasten, BBO # 559576
                        Noemi A. Kawamoto, BBO # 676870
                        YURKO, SALVESEN & REMZ, P.C.
                        One Washington Mall, 11th Floor
                        Boston, MA 02108-2603
                        Tel:    (617) 723-6900
                        Fax:    (617) 723-6905
                        skasten@bizlit.com
                        nkawamoto@bizlit.com

Dated:  March 10, 2011

## CERTIFICATE OF SERVICE

I, Steven W. Kasten, hereby certify that on this 10th day of March, a true opy of the foregoing Motion to Admit *Pro Hac Vice* was electronically served upon all counsel of record through *ECF*.

/s/Steven W. Kasten

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUK JAE CHANG, ) | |
| Plaintiff, ) | C.A. No.11-cv-10245-DJC |
| ) | |
| v. ) | |
| ) | |
| WOZO, LLC, *et al.*, ) | |
| Defendants. ) | |

### CERTIFICATE OF ATTORNEY MICHAEL R. GEROE

I, Michael R. Geroe, depose and hereby certify as follows:

1.      I am General Counsel to Adknowledge, Inc., a defendant in this case.  I work in Los Angeles, California, and am licensed to practice law in the State of California.  I am a member in good standing of the bar of every jurisdiction and court where I have been admitted to practice.  There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction, and I have not been denied admission to the bar of any jurisdiction.

2.      I have received a copy of, and am familiar with, the Local Rules of this Court.  In order to ensure compliance with the Local Rules, I am working in cooperation with local counsel and under the supervision of Steven W. Kasten, a member of the bar of this Court.

3.      This Certificate is made pursuant to Local Rule 83.5.3, in support of a Motion for Admission *Pro Hac Vice*.

Signed under the penalties of perjury under the laws of the United States and the State of California this 9th day of March, 2011.

_____
Michael R. Geroe