❊AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

APPEARANCE

Case Number: __11-cv-10245__

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

__Defendants WOZO, LLC, and Tatto, Inc.__

I certify that I am admitted to practice in this court.

__3/9/11__
Date

__Daniel J. Urman__  __666913__
Print Name                     Bar Number

__6 Shipway Place__
Address

__Charlestown       MA       02129__
City                 State         Zip Code

__(857) 205-9856    (617) 373-3843__
Phone Number              Fax Number