IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUK JAE CHANG, individually and on behalf of all other similarly situated persons,

*Plaintiff,*

v.

WOZO, LLC, TATTO, INC., and ADKNOWLEDGE, INC.,

*Defendants.*

Case no. 11-cv-10245

Honorable Denise J. Casper

FILED
IN CLERK'S OFFICE
2011 MAR -9  P 3: 01
U.S. DISTRICT COURT
DIST. OF MASS.

## STIPULATION EXTENDING THE DEADLINE FOR DEFENDANTS WOZO AND TATTO TO ANSWER OR OTHERWISE RESPOND

Defendants Wozo, LLC and Tatto, Inc. ("Defendants"), and Plaintiff Suk Jae Chang ("Chang" or "Plaintiff") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree to extend Defendants' deadlines to answer or otherwise respond to Plaintiff's Class Action Complaint (the "Complaint") through and including March 23, 2011, and in support thereof state as follows:

**WHEREAS**, on February 14, 2011, Plaintiff filed the Complaint against Defendants, (Dkt. No. 1);

**WHEREAS**, Defendant Tatto's deadline to answer or otherwise respond to the Complaint is currently March 9, 2011, (Dkt. No. 7);

**WHEREAS**, Defendant Wozo's deadline to answer or otherwise respond to the Complaint is currently March 10, 2011, (Dkt No. 6);

**WHEREAS**, Defendants retained counsel to represent them in this matter on March 2, 2011;

1

**WHEREAS**, Defendants are currently reviewing and analyzing the claims asserted in Plaintiff's Complaint;

**WHEREAS**, Defendants require additional time to prepare adequate responsive pleadings;

**WHEREAS**, the Parties have conferred regarding Defendants' need for additional time to prepare responsive pleadings, and have agreed that Defendants may have an extension of time through and including March 23, 2011, to file their responsive pleadings.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their undersigned counsel, that Defendants Wozo, LLC and Tatto, Inc., shall have through and including March 23, 2011, to answer or otherwise respond to Plaintiff's Class Action Complaint.

Respectfully submitted,

Dated: March 9, 2011      **WOZO, LLC and TATTO, INC.,**

By: /s/ Daniel Urman
    Daniel Urman, Esq.
    6 Shipway Place
    Charlestown, MA.
    Tel: (857) 205-9856
    Fax: (617) 373-3843
    *durman@gmail.com*

Dated: March 9, 2011      **SUK JAE CHANG**, individually and on behalf of all other similarly situated persons,

By: /s/ Virginia Sanderson
    Virginia Sanderson
    Kronenberger Burgoyne LLP
    150 Post Street, Suite 520
    San Francisco, California 94108
    Tel: (415) 955-1155
    Fax: (415) 955-1158
    *ginny@kbinternetlaw.com*

IT IS SO ORDERED, this _____ day of _____, 2011.

_____
HONORABLE DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I, Daniel Urman, an attorney, certify that on March 9, 2011, I served the above and foregoing *Stipulation Extending the Deadline for Defendants Wozo and Tatto to Answer or Otherwise Respond*, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, before the hour of 6:00 p.m. EST, on this the 9th day of March, 2011.

Robert E. Ditzion
Todd S. Heyman
Shapiro, Haber & Urmy, LLP
Exchange Place, 37th Floor
53 State Street
Boston, Massachusetts 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
*rditzion@shulaw.com*
*theyman@shulaw.com*

Karl S Kronenberger
Virginia A. Sanderson
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, California 94108
Tel: (415) 955-1155
*karl@kbinternetlaw.com*
*ginny@kbinternetlaw.com*

Steven W. Kasten
Yurko, Salvesen & Remz, P.C.
One Washington Mall, 11th Floor
Boston, Massachusetts 02108
Tel: (617) 723-6900
Fax: (617) 723-6905
*skasten@bizlit.com*

                                                          /s/ Daniel Urman