## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SUK JAE CHANG, individually and on behalf
of all other similarly situated persons,

             *Plaintiff,*

   *v.*

WOZO, LLC, TATTO, INC., and
ADKNOWLEDGE, INC.,

             *Defendants.*

Case no. 11-cv-10245

Honorable Denise J. Casper

### PARTIES' SECOND STIPULATION EXTENDING THE DEADLINE FOR DEFENDANTS WOZO AND TATTO TO ANSWER OR OTHERWISE RESPOND

Defendants Wozo, LLC and Tatto, Inc. ("Defendants"), and Plaintiff Suk Jae Chang

("Chang" or "Plaintiff") (collectively, the "Parties"), through their undersigned counsel, hereby

stipulate and agree to extend Defendants' deadlines to answer or otherwise respond to Plaintiff's

Class Action Complaint (the "Complaint") through and including March 30, 2011, and in

support thereof state as follows:

**WHEREAS**, by stipulation filed March 9, 2011, the Parties agreed to extend Defendants'

deadline to answer or otherwise respond to Plaintiff's complaint through and including March

23, 2011, (Dkt. No. 16);

**WHEREAS**, Defendants require an additional seven (7) days to prepare an answer or

other response to the complaint;

**WHEREAS**, the Parties have conferred regarding Defendants' need for additional time

to prepare their responsive pleadings, and have agreed, subject to Court approval, that

Defendants may have a seven (7) day extension of time through and including March 30, 2011,

in which to do so;

1

**WHEREAS**, by stipulation filed March 10, 2011, Plaintiff and Defendant Adknowledge, Inc. agreed to extend Adknowledge's deadline to answer or otherwise respond to Plaintiff's complaint through and including March 30, 2011, (Dkt. No. 12.);

**WHEREAS**, in light of Adknowledge's current responsive pleading deadline, the minimal, seven (7) day extension agreed to herein will not unnecessarily delay these proceedings nor unfairly prejudice Plaintiff or Adknowledge.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their undersigned counsel, that Defendants Wozo, LLC and Tatto, Inc., shall have through and including March 30, 2011, to answer or otherwise respond to Plaintiff's Class Action Complaint.

Respectfully submitted,

Dated:  March 21, 2011          **WOZO, LLC and TATTO, INC.,**

By:  /s/ Daniel J. Urman
     Daniel J. Urman, Esq.
     6 Shipway Place
     Charlestown, Massachusetts 02129
     Tel:  (857) 205-9856
     *durman@post.harvard.edu*

Dated:  March 21, 2011          **SUK JAE CHANG,** individually and on behalf of all other similarly situated persons,

By:  /s/ Virginia Sanderson
     Virginia Sanderson
     Kronenberger Burgoyne LLP
     150 Post Street, Suite 520
     San Francisco, California 94108
     Tel:  (415) 955-1155
     Fax:  (415) 955-1158
     *ginny@kbinternetlaw.com*

## CERTIFICATE OF SERVICE

I, Daniel J. Urman, an attorney, certify that on March 21, 2011, I served the above and foregoing *Parties' Second Stipulation Extending the Deadline for Defendants Wozo and Tatto to Answer or Otherwise Respond*, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, before the hour of 6:00 p.m. EST, on this the 21st day of March, 2011.

Robert E. Ditzion
Todd S. Heyman
Shapiro, Haber & Urmy, LLP
Exchange Place, 37th Floor
53 State Street
Boston, Massachusetts 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
*rditzion@shulaw.com*
*theyman@shulaw.com*

Karl S Kronenberger
Virginia A. Sanderson
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, California 94108
Tel: (415) 955-1155
*karl@kbinternetlaw.com*
*ginny@kbinternetlaw.com*

Steven W. Kasten
Yurko, Salvesen & Remz, P.C.
One Washington Mall, 11th Floor
Boston, Massachusetts 02108
Tel: (617) 723-6900
Fax: (617) 723-6905
*skasten@bizlit.com*

/s/ Daniel J. Urman

IT IS SO ORDERED, this _____ day of _____, 2011.


_____
HONORABLE DENISE J. CASPER
UNITED STATES DISTRICT JUDGE