**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SUK JAE CHANG, | ) | |
| Plaintiff, | ) | C.A. No.11-cv-10245-DJC |
| | ) | |
| v. | ) | |
| | ) | |
| WOZO, LLC, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2, please enter the appearance of Derek Linke on

behalf of defendant Adknowledge, Inc. in the above-captioned case.

Respectfully submitted,

/s/Derek Linke
Derek Linke (*pro hac vice*)
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Tel:    (206) 274-2800
Fax:    (206) 274-2801
linke@newmanlaw.com

Dated:  March 22, 2011

## CERTIFICATE OF SERVICE

I, Derek Linke, hereby certify that on this 22d day of March, a true copy of the foregoing
Notice of Appearance was electronically served upon all counsel of record through ECF.

/s/Derek Linke