### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUK JAE CHANG, individually and on behalf of classes of similarly situated persons,<br><br>*Plaintiff,*<br><br>v.<br><br>WOZO, LLC, TATTO, INC., and ADKNOWLEDGE, INC.,<br><br>*Defendants*. | Case No. 11-CV-10245 |

### MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 85.5.3, the undersigned, hereby respectfully moves this Court for an Order granting Jay Edelson leave to appear *pro hac vice* on behalf of Defendants Wozo, LLC and Tatto, Inc. in this action. In support of the instant motion, the undersigned states as follows:

1. Jay Edelson is a member in good standing of the bars of the State of Illinois and the United States District Courts for the Northern District of Illinois and Western District of Michigan.

2. There are no prior or pending disciplinary proceedings against Mr. Edelson as a member of the bar in any jurisdiction.

3. Mr. Edelson is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In support of this motion, Mr. Edelson has submitted a Certification of Good Standing, a true and accurate copy of which is attached hereto as Exhibit 1.

1

**WHEREFORE**, the undersigned respectfully requests that the Court enter an Order (i) granting Jay Edelson leave to appear *pro hac vice* on behalf of Defendants Wozo, LLC and Tatto, Inc., and (ii) for such other and further relief as the Court deems equitable and just.

Respectfully Submitted,

Dated: May 5, 2011

/s/ Daniel J. Urman
Daniel J. Urman, Esq.
6 Shipway Place
Charlestown, Massachusetts 02129
Tel: 857.205.9856
*durman@post.harvard.edu*

*Attorney for Defendants*
Wozo, LLC and Tatto, Inc.

**CERTIFICATE OF SERVICE**

      I, Daniel J. Urman, an attorney, certify that on May 5, 2011, I served the above and foregoing *Motion for Admission of Counsel Pro Hac Vice*, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, before the hour of 6:00 p.m. EST, on this the 5th day of May, 2011.

Robert E. Ditzion
Todd S. Heyman
Shapiro, Haber & Urmy, LLP
Exchange Place, 37th Floor
53 State Street
Boston, Massachusetts 02109
*rditzion@shulaw.com*
*theyman@shulaw.com*

Karl S Kronenberger
Virginia A. Sanderson
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, California 94108
*karl@kbinternetlaw.com*
*ginny@kbinternetlaw.com*

Steven W. Kasten
Yurko, Salvesen & Remz, P.C.
One Washington Mall, 11th Floor
Boston, Massachusetts 02108
*skasten@bizlit.com*

Derek A. Newman
Derek Linke
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, Washington 98101
*derek@newmanlaw.com*
*linke@newmanlaw.com*

Michael R. Geroe
Adknowledge, Inc.
10940 Wilshire Boulevard, Suite 1100
Los Angeles, California 90024
*mgeroe@adknowledge.com*

                                                /s/ Daniel J. Urman