**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

SUK JAE CHANG, individually and on behalf of classes of similarly situated persons,

*Plaintiff,*

*v.*

WOZO, LLC, TATTO, INC., and ADKNOWLEDGE, INC.,

*Defendants.*

Case No. 11-CV-10245

**CERTIFICATION OF GOOD STANDING OF JAY EDELSON**

Pursuant to Local Rule 85.5.3, I, Jay Edelson, hereby certify that:

1. I am the managing partner of the law firm of Edelson McGuire, LLC, and am admitted to practice law in the State of Illinois and the United States District Courts for the Northern District of Illinois and Western District of Michigan. I am a member in good standing in every jurisdiction where I have been admitted to practice.

2. There are no prior or pending disciplinary proceedings against me as a member of any bar in any jurisdiction.

3. I have received a copy of, and am familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

4. My contact information is as follows:

Jay Edelson
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
312.589.6370 (phone)
312.589.6378 (fax)
*jedelson@edelson.com*

5. This certification is made pursuant to Local Rule 85.5.3, in support of my admission *pro hac vice* on behalf of Defendants Wozo, LLC and Tatto, Inc. in the above-captioned matter.

I certify, under the penalty of perjury, that the foregoing is true and correct.

Executed on this the 4th day of May 2011 at Chicago, Illinois.

Jay Edelson