IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUK JAE CHANG, individually and on behalf of all other similarly situated persons,

*Plaintiff,*

v.

WOZO, LLC, *et al.*

*Defendants.*

Case no. 11-cv-10245

Honorable Denise J. Casper

### DECLARATION OF SARAH JOHNSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO ADKNOWLEDGE, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, Sarah Johnson, declare as follows:

1. I have personal knowledge of the matters stated herein.

2. I am a user of Super Rewards Points, which I am informed and believe to be a virtual currency product offered by Defendant Adknowledge, Inc. ("Adknowledge").

3. On October 18, 2010, I contacted Adknowledge's Customer Service department via email to complain about its deceptive Internet advertisement offering its Super Rewards Points and a "free" poster for a 99-cent shipping fee. A few days earlier, I came across and clicked on the advertisement, after which I was redirected to a web page at the domain <www.wozo.com> ("the Wozo Website"). Neither the advertisement nor any of the pages I accessed at the Wozo Website indicated, or gave me any reason to believe, that I was ordering anything other than Adknowledge's Super Rewards Points and the "free" poster, or that my payment card would be charged anything other than the 99-cent shipping fee. Accordingly, I selected a poster and submitted my payment card information on the Wozo Website. Four days after my order, my payment card was charged $29.99 by Wozo, LLC without my authorization. I later learned that when I ordered the Super Rewards Points and the "free" poster, I was

enrolled, without my knowledge or consent, in a poster "club" with a monthly membership fee of $29.99.

4. My initial email to Adknowledge to complain about its deceptive advertisement was responded to by Meredith Cheng ("Ms. Cheng"), using the email address <mcheng@adknowledge.com>. According to Ms. Cheng's email signature, she was a representative of Super Rewards Customer Service.

5. On October 18 and 19, 2010, Ms. Cheng and I exchanged several emails wherein I informed Ms. Cheng that its offer for Super Rewards Points and a "free" poster was "a scam" and that neither the club nor the monthly charge of $29.99 was disclosed to me in the advertisement or the order process. In response, Ms. Cheng acknowledged and defended the charge to my payment card, explaining that the charge to my card was "made to qualify for [Super Rewards] points."

6. A true and correct copy of my October 18 and 19, 2010 email chain with Ms. Cheng is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 10, 2011, in Gwinn, Michigan.

*Sarah Johnson* (signature)
Sarah Johnson

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 13, 2011.

                                      /s/ Todd S. Heyman
                                      Todd S. Heyman