# **<u>EXHIBIT A</u>**



**Sarah Johnson <esjae64@gmail.com>**

# inquiry
5 messages

---

**Meredith Cheng <mcheng@adknowledge.com>**  Mon, Oct 18, 2010 at 4:40 PM
To: "esjae64@gmail.com" <esjae64@gmail.com>

Hello Sarah,

Thank you for contacting us at Super Rewards! We were unable to find a record of you in our system - please provide us with your Facebook User ID. You can find the numeric id by hovering your mouse over your profile picture - the id will be located at the very bottom left of your computer screen. Thank you for your patience during this time.


Meredith Cheng
Super Rewards
Customer Service
_____

From: "esjae64@gmail.com<mailto:esjae64@gmail.com>" <esjae64@gmail.com<mailto:esjae64@gmail.com>>
Date: October 17, 2010 2:06:12 PM PDT
To: sr_info <sr_info@adknowledge.com<mailto:sr_info@adknowledge.com>>
Subject: [WARNING - NOT VIRUS SCANNED] [srpoints.com<http://srpoints.com>] inquiry
Reply-To: "esjae64@gmail.com<mailto:esjae64@gmail.com>" <esjae64@gmail.com<mailto:esjae64@gmail.com>>

Name:     Sarah
Email:    esjae64@gmail.com<mailto:esjae64@gmail.com>
Phone:
Apps:     bingo by ryzing
Platforms: facebook
Message:

if you haven't already, you need to take wozo.com<http://wozo.com> off your super rewards. They are a scam. MANY people are complaining about them sending a poster for 99 cents and they never tell you they have a hidden club that costs 29.99 per month if you don't cancel the membership. It is impossible to cancel membership or even to check on the status of your order when they keep telling you your password is wrong and they send you bad links to reset it and they don't answer email until they have charged you 29.99 only to tell you "too bad".

---

**S JOHNSON <esjae64@gmail.com>**  Tue, Oct 19, 2010 at 7:10 PM
To: Meredith Cheng <mcheng@adknowledge.com>

my facebook i.d. is 550317409
[Quoted text hidden]

---

**Meredith Cheng <mcheng@adknowledge.com>**  Tue, Oct 19, 2010 at 7:12 PM
To: S JOHNSON <esjae64@gmail.com>

Hi Sarah,

Thank you for the information - the offer does indicate that a charge of $29.99 will be made to quality for points.



> Meredith Cheng
> Super Rewards
> Customer Service
>
> _____
> From: S JOHNSON [esjae64@gmail.com]
> Sent: Tuesday, October 19, 2010 4:10 PM
> To: Meredith Cheng
> Subject: Re: inquiry
>
> [Quoted text hidden]

**S JOHNSON <esjae64@gmail.com>**	Tue, Oct 19, 2010 at 7:48 PM
To: Meredith Cheng <mcheng@adknowledge.com>

I don't recall the offer indicating a charge to qualify for points especially since I got points almost immediately, so I don't see how that can be...wozo.com charged me 4 days later, ...anyhow. I just wanted to bring to your attention their shady practice. If you do a "google" for wozo.com, you will see MANY complaints and different twists on how they scam people out of the 29.99.

Makes me extremely leery of Super Rewards offers now...

[Quoted text hidden]

**Sarah Johnson <esjae64@gmail.com>**	Wed, Apr 20, 2011 at 1:26 PM
To: Sarah Johnson <esjae64@gmail.com>

> **Forwarded conversation**
> Subject: **inquiry**
> ------------------------
>
> From: **Meredith Cheng** <mcheng@adknowledge.com>
> Date: Mon, Oct 18, 2010 at 4:40 PM
> To: "esjae64@gmail.com" <esjae64@gmail.com>
>
>
> Hello Sarah,
>
> Thank you for contacting us at Super Rewards! We were unable to find a record of you in our system - please provide us with your Facebook User ID. You can find the numeric id by hovering your mouse over your profile picture - the id will be located at the very bottom left of your computer screen. Thank you for your patience during this time.
>
>
> Meredith Cheng
> Super Rewards
> Customer Service
>
> _____
> From: "esjae64@gmail.com<mailto:esjae64@gmail.com>" <esjae64@gmail.com<mailto:esjae64@gmail.com>>
> Date: October 17, 2010 2:06:12 PM PDT
> To: sr_info <sr_info@adknowledge.com<mailto:sr_info@adknowledge.com>>
> Subject: [WARNING - NOT VIRUS SCANNED] [srpoints.com<http://srpoints.com>] inquiry
> Reply-To: "esjae64@gmail.com<mailto:esjae64@gmail.com>" <esjae64@gmail.com<mailto:esjae64@gmail.com>>
>
> Name:     Sarah
> Email:    esjae64@gmail.com<mailto:esjae64@gmail.com>

This document was created using Solid Converter PDF — To remove this message, purchase the product at www.SolidDocuments.com

Gmail - inquiry        https://mail.google.com/mail/?ui=2&ik=9afdcb725a&view=pt&search=i...

Phone:
Apps:      bingo by ryzing
Platforms: facebook
Message:

if you haven't already, you need to take wozo.com<http://wozo.com> off your super rewards. They are a scam. MANY people are complaining about them sending a poster for 99 cents and they never tell you they have a hidden club that costs 29.99 per month if you don't cancel the membership. It is impossible to cancel membership or even to check on the status of your order when they keep telling you your password is wrong and they send you bad links to reset it and they don't answer email until they have charged you 29.99 only to tell you "too bad".


----------
From: **S JOHNSON** <esjae64@gmail.com>
Date: Tue, Oct 19, 2010 at 7:10 PM
To: Meredith Cheng <mcheng@adknowledge.com>


my facebook i.d. is 550317409

----------
From: **Meredith Cheng** <mcheng@adknowledge.com>
Date: Tue, Oct 19, 2010 at 7:12 PM
To: S JOHNSON <esjae64@gmail.com>


Hi Sarah,

Thank you for the information - the offer does indicate that a charge of $29.99 will be made to qualify for points.
From: S JOHNSON [esjae64@gmail.com]
Sent: Tuesday, October 19, 2010 4:10 PM
To: Meredith Cheng
Subject: Re: inquiry

----------
From: **S JOHNSON** <esjae64@gmail.com>
Date: Tue, Oct 19, 2010 at 7:48 PM
To: Meredith Cheng <mcheng@adknowledge.com>


I don't recall the offer indicating a charge to qualify for points especially since I got points almost immediately, so I don't see how that can be...wozo.com charged me 4 days later, ...anyhow. I just wanted to bring to your attention their shady practice.  If you do a "google" for wozo.com, you will see MANY complaints and different twists on how they scam people out of the 29.99.

Makes me extremely leery of Super Rewards offers now...

This document was created using Solid Converter PDF. To remove this message, purchase the product at www.SolidDocuments.com