IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SUK JAE CHANG**, and **SARAH JOHNSON**, individually and on behalf of other similarly situated persons,<br><br>**Plaintiffs,**<br><br>v.<br><br>**WOZO, LLC, TATTO, INC.**, **ADKNOWLEDGE, INC.**, **LIN MIAO**, and **ANDREW BACHMAN**,<br><br>**Defendants.** | No.  11-cv-10245-DJC<br><br><br>**Jury Trial Demanded** |

**PLAINTIFFS' MOTION FOR DISMISSAL OF PLAINTIFF SUK JAE CHANG'S CLAIMS WITHOUT PREJUDICE**

Plaintiffs Suk Jae Chang ("Chang") and Sarah Johnson (collectively, "Plaintiffs") respectfully move that the Court dismiss this action as to Chang pursuant to Federal Rule of Civil Procedure 41(a)(2) without prejudice to his rights as a member of the Class.

The grounds for this motion are set forth in the memorandum of law filed herewith.  Plaintiff Sarah Johnson will continue to serve as a class representative.

//

//

//

//

1

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Chang certify that they have conferred and have attempted in good faith to resolve or narrow the issues presented in this motion but have been unable to resolve the issue with defendants.

Dated: April 23, 2013                By:   /s/ Karl S. Kronenberger

Thomas G. Shapiro (BBO# 454680)
Robert E. Ditzion (BBO# 660962)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
tshapiro@shulaw.com
rditzion@shulaw.com

Karl S. Kronenberger (admitted *pro hac vice*)
Virginia A. Sanderson (admitted *pro hac vice*)
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
karl@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff and the Class

## **CERTIFICATE OF SERVICE**

    I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 23, 2013

                                                  /s/ Karl S. Kronenberger
                                                  Karl S. Kronenberger