IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SARAH JOHNSON**, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**WOZO, LLC, and TATTO, INC.**,<br><br>Defendants. | No.  11-cv-10245-DJC |

### PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HER MOTION FOR ATTORNEYS' FEES

Plaintiff Sarah Johnson ("Plaintiff") respectfully moves the Court for an order extending the deadline for the filing of her motion for attorneys' fees and incentive payment to September 29, 2015.  Plaintiff's motion is based on the following:

On June 17, 2015, the Court issued its Final Order and Judgment Approving Class Action Settlement [D.E. 137] (the "Final Approval Order").  As part of the Order the Court deferred ruling on the Attorneys' Fee Award[1] and the Incentive Award to Plaintiff, and instructed Class Counsel to file its motion for approval of both within ten (10) days of the expiration of the Claims Period.  (*Id.* ¶¶ 17–18.)  Accordingly, Plaintiff's motion for Attorneys' Fee Award and Incentive Award is due on or before July 31, 2015.

The Claims Period has now expired, but work remains to be done by the Claims Administrator to process facially deficient claims.   For example, the Claims

---

[1] Capitalized terms used herein have the meaning ascribed to them in the Amended Settlement Agreement.

Administrator is working with several claimants whose names are not in the database of Class Members provided by Defendants to ascertain the validity and proper amount of their Claims.  Checks to Class Members need to be sent.  Only after these things have been done will the Claims Administrator be able to provide a reasonably accurate estimate of its own fees and expenses.  Without this information, Plaintiff cannot prepare her motion for Attorneys' Fee Award and the Court will be unable to determine the amount of the requested fees and whether they are reasonable.

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff's filing of her motion for the Attorneys' Fee Award and the Incentive Award by sixty (60) days to September 29, 2015.

Respectfully submitted,


Dated:  July 28, 2015              /s/Thomas G. Shapiro
                                   Thomas G. Shapiro (BBO# 454680)
                                   SHAPIRO HABER & URMY LLP
                                   2 Seaport Lane
                                   Boston, MA 02110
                                   Telephone: (617) 439-3939
                                   tshapiro@shulaw.com


                                   /s/Virginia Sanderson
                                   Karl S. Kronenberger (admitted *pro hac vice*)
                                   Virginia Sanderson (admitted *pro hac vice*)
                                   KRONENBERGER ROSENFELD, LLP
                                   150 Post Street, Suite 520
                                   San Francisco, CA 94108
                                   Telephone: (415) 955-1155
                                   karl@KRInternetLaw.com
                                   ginny@KRInternetLaw.com

                                   Attorneys for Plaintiff and the Class

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned certifies that she has conferred with counsel for Defendants, who do not oppose this motion.

/s/ Virginia Sanderson

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 28, 2015.


                                                   /s/ Virginia Sanderson